10:00 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit A - Receipts
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---:|
| **Receipts** | | | |
| **Called Bond/Note** | | | |
| 9/16/2011 | $10,000 Federal Farm Cr Bks 4.40% Bond | Deposit | 10,000.00 |
| Total Called Bond/Note | | | 10,000.00 |
| **Dividends** | | | |
| 5/3/2004 | AIM Liquid Assets Portfolio | Deposit | 81.03 |
| 6/1/2004 | AIM Liquid Assets Portfolio | Deposit | 146.59 |
| 6/14/2004 | Amer FD Investment Co of Amer 004 | Deposit | 60.42 |
| 6/23/2004 | Amer FDS Washington Mutual Invest #1 | Deposit | 485.12 |
| 7/1/2004 | AIM Liquid Assets Portfolio | Deposit | 146.70 |
| 8/2/2004 | AIM Liquid Assets Portfolio | Deposit | 179.73 |
| 9/1/2004 | AIM Liquid Assets Portfolio | Deposit | 204.58 |
| 9/13/2004 | Amer FD Investment Co of Amer 004 | Deposit | 60.42 |
| 9/22/2004 | Amer FDS Washington Mutual Invest #1 | Deposit | 503.09 |
| 10/1/2004 | AIM Liquid Assets Portfolio | Deposit | 220.49 |
| 11/1/2004 | AIM Liquid Assets Portfolio | Deposit | 283.93 |
| 12/1/2004 | AIM Liquid Assets Portfolio | Deposit | 72.71 |
| 12/9/2004 | Davis N Y Venture Fund Cl Y 909 | Deposit | 546.97 |
| 12/15/2004 | Amer FD Investment Co of Amer 004 | Deposit | 164.98 |
| 12/15/2004 | Amer FD Investment Co of Amer 004 | Deposit | 60.42 |
| 12/21/2004 | American FD Growth FD of Amer Cl A 05 | Deposit | 229.64 |
| 12/23/2004 | Amer FDS Washington Mutual Invest #1 | Deposit | 826.50 |
| 12/23/2004 | New Perspective Fund 07 | Deposit | 603.43 |
| 12/27/2004 | Vanguard Admiral 500 Index 540 | Deposit | 397.52 |
| 12/28/2004 | Amer FDS Washington Mutual Invest #1 | Deposit | 646.83 |
| 1/3/2005 | AIM Liquid Assets Portfolio | Deposit | 11.97 |
| 2/1/2005 | AIM Liquid Assets Portfolio | Deposit | 118.51 |
| 3/1/2005 | AIM Liquid Assets Portfolio | Deposit | 41.06 |
| 3/24/2005 | Vanguard Admiral 500 Index 540 | Deposit | 410.11 |
| 4/1/2005 | AIM Liquid Assets Portfolio | Deposit | 47.82 |
| 5/5/2005 | AIM Liquid Assets Portfolio | Deposit | 50.00 |
| 6/1/2005 | AIM Liquid Assets Portfolio | Deposit | 54.46 |
| 6/27/2005 | Vanguard Admiral 500 Index 540 | Deposit | 401.08 |
| 7/1/2005 | AIM Liquid Assets Portfolio | Deposit | 51.41 |
| 7/1/2005 | Encore Bank Deposit Program | Deposit | 1.87 |
| 8/1/2005 | Encore Bank Deposit Program | Deposit | 58.99 |
| 9/1/2005 | Encore Bank Deposit Program | Deposit | 61.24 |
| 9/26/2005 | Vanguard Admiral 500 Index 540 | Deposit | 503.15 |
| 10/3/2005 | Encore Bank Deposit Program | Deposit | 60.92 |
| 11/1/2005 | Encore Bank Deposit Program | Deposit | 65.66 |
| 12/1/2005 | Encore Bank Deposit Program | Deposit | 64.25 |
| 12/5/2005 | Davis N Y Venture Fund Cl Y 909 | Deposit | 1,195.22 |
| 12/6/2005 | Royce Premier Investor Class 265 | Deposit | 176.51 |
| 12/6/2005 | Royce Premier Investor Class 265 | Deposit | 3,761.35 |
| 12/15/2005 | T Rowe Price Growth Stk FD 040 | Deposit | 76.62 |
| 12/19/2005 | Bridgeway Agressive Investors One | Deposit | 623.98 |
| 12/19/2005 | Bridgeway Agressive Investors One | Deposit | 7,899.35 |
| 12/29/2005 | Vanguard Admiral 500 Index 540 | Deposit | 566.38 |
| 1/3/2006 | Encore Bank Deposit Program | Deposit | 92.93 |
| 2/1/2006 | Encore Bank Deposit Program | Deposit | 124.96 |
| 3/1/2006 | Encore Bank Deposit Program | Deposit | 112.88 |
| 3/20/2006 | Vanguard Admiral 500 Index 540 | Deposit | 466.12 |
| 4/3/2006 | Encore Bank Deposit Program | Deposit | 125.60 |
| 5/1/2006 | Encore Bank Deposit Program | Deposit | 95.66 |
| 6/1/2006 | Encore Bank Deposit Program | Deposit | 111.94 |
| 6/26/2006 | Vanguard Admiral 500 Index 540 | Deposit | 459.79 |
| 7/3/2006 | Encore Bank Deposit Program | Deposit | 97.97 |
| 8/1/2006 | Encore Bank Deposit Program | Deposit | 104.13 |
| 9/1/2006 | Encore Bank Deposit Program | Deposit | 103.57 |
| 9/25/2006 | Vanguard Admiral 500 Index 540 | Deposit | 494.12 |
| 10/2/2006 | Encore Bank Deposit Program | Deposit | 91.33 |
| 11/1/2006 | Encore Bank Deposit Program | Deposit | 99.60 |
| 12/1/2006 | Encore Bank Deposit Program | Deposit | 91.80 |
| 12/5/2006 | Davis N Y Venture Fund Cl Y 909 | Deposit | 1,146.89 |
| 12/7/2006 | Royce Premier Investor Class 265 | Deposit | 2,924.45 |
| 12/7/2006 | Royce Premier Investor Class 265 | Deposit | 343.61 |
| 12/7/2006 | Royce Premier Investor Class 265 | Deposit | 22.59 |

10:00 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit A - Receipts
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---:|
| 12/18/2006 | Bridgeway Agressive Investors One | Deposit | 7,827.11 |
| 12/21/2006 | T Rowe Price Growth Stk FD 040 | Deposit | 1,838.86 |
| 12/21/2006 | T Rowe Price Growth Stk FD 040 | Deposit | 727.88 |
| 12/21/2006 | T Rowe Price Growth Stk FD 040 | Deposit | 344.79 |
| 12/27/2006 | Vanguard Admiral 500 Index 540 | Deposit | 614.26 |
| 3/2/2007 | Vanguard Mid Cap Index Fund #5859 | Deposit | 19.19 |
| 3/26/2007 | Vanguard Admiral 500 Index 540 | Deposit | 862.33 |
| 6/25/2007 | Vanguard 500 Index Fund #1340 | Deposit | 888.20 |
| 9/24/2007 | Vanguard 500 Index Fund #1340 | Deposit | 982.31 |
| 12/5/2007 | Davis N Y Venture Fund Cl Y 909 | Deposit | 893.87 |
| 12/20/2007 | Third Avenue Value Fund | Deposit | 284.93 |
| 12/20/2007 | Third Avenue Value Fund | Deposit | 1,022.61 |
| 12/20/2007 | Third Avenue Value Fund | Deposit | 2.50 |
| 12/20/2007 | Vanguard Mid Cap Index Fund #1344 | Deposit | 1,035.77 |
| 12/24/2007 | Vanguard 500 Index Fund #1340 | Deposit | 1,176.56 |
| 12/28/2007 | Vanguard Total International Stock Fund # | Deposit | 2,234.44 |
| 1/2/2008 | Dodge & Cox International Fund | Deposit | 2,015.47 |
| 1/2/2008 | Dodge & Cox International Fund | Deposit | 2,192.99 |
| 1/2/2008 | Dodge & Cox International Fund | Deposit | 596.98 |
| 3/12/2008 | Vanguard Mid Cap Index Fund #1344 | Deposit | 17.77 |
| 3/28/2008 | Vanguard 500 Index Fund #1340 | Deposit | 956.41 |
| 6/27/2008 | Vanguard 500 Index Fund #1340 | Deposit | 908.32 |
| 8/28/2008 | Loomis Sayles Bond Fund | Deposit | 572.51 |
| 9/2/2008 | Vanguard GNMA Fund #536 | Deposit | 140.35 |
| 9/3/2008 | Pimco Total Return Fund #35 | Deposit | 153.47 |
| 9/25/2008 | Loomis Sayles Bond Fund | Deposit | 587.85 |
| 9/26/2008 | Vanguard Inflation Protected Securities F | Deposit | 737.83 |
| 10/1/2008 | Vanguard GNMA Fund #536 | Deposit | 721.59 |
| 10/2/2008 | Pimco Total Return Fund #35 | Deposit | 638.63 |
| 10/30/2008 | Loomis Sayles Bond Fund | Deposit | 558.56 |
| 11/3/2008 | Vanguard GNMA Fund #536 | Deposit | 699.08 |
| 11/4/2008 | Pimco Total Return Fund #35 | Deposit | 741.94 |
| 11/28/2008 | Loomis Sayles Bond Fund | Deposit | 569.02 |
| 12/1/2008 | Vanguard GNMA Fund #536 | Deposit | 675.90 |
| 12/2/2008 | Pimco Total Return Fund #35 | Deposit | 662.61 |
| 12/12/2008 | Pimco Total Return Fund #35 | Deposit | 2,773.80 |
| 12/12/2008 | Pimco Total Return Fund #35 | Deposit | 4,869.75 |
| 12/16/2008 | Loomis Sayles Bond Fund | Deposit | 723.83 |
| 12/16/2008 | Loomis Sayles Bond Fund | Deposit | 948.37 |
| 12/16/2008 | Loomis Sayles Bond Fund | Deposit | 24.41 |
| 12/22/2008 | Vanguard Inflation Protected Securities F | Deposit | 51.65 |
| 1/2/2009 | Vanguard GNMA Fund #536 | Deposit | 688.72 |
| 1/5/2009 | Pimco Total Return Fund #35 | Deposit | 767.70 |
| 1/29/2009 | Loomis Sayles Bond Fund | Deposit | 464.42 |
| 2/2/2009 | Vanguard GNMA Fund #536 | Deposit | 666.45 |
| 2/3/2009 | Pimco Total Return Fund #35 | Deposit | 808.49 |
| 2/26/2009 | Loomis Sayles Bond Fund | Deposit | 428.86 |
| 3/2/2009 | Vanguard GNMA Fund #536 | Deposit | 643.77 |
| 3/3/2009 | Pimco Total Return Fund #35 | Deposit | 848.01 |
| 3/27/2009 | Vanguard Inflation Protected Securities F | Deposit | 18.45 |
| 4/1/2009 | Vanguard GNMA Fund #536 | Deposit | 632.67 |
| 4/2/2009 | Pimco Total Return Fund #35 | Deposit | 823.57 |
| 5/1/2009 | Vanguard GNMA Fund #536 | Deposit | 637.10 |
| 5/4/2009 | Pimco Total Return Fund #35 | Deposit | 820.49 |
| 6/1/2009 | Vanguard GNMA Fund #536 | Deposit | 620.79 |
| 6/2/2009 | Pimco Total Return Fund #35 | Deposit | 812.56 |
| 7/1/2009 | Vanguard GNMA Fund #536 | Deposit | 613.53 |
| 7/2/2009 | Pimco Total Return Fund #35 | Deposit | 806.93 |
| 8/3/2009 | Vanguard GNMA Fund #536 | Deposit | 596.18 |
| 8/4/2009 | Pimco Total Return Fund #35 | Deposit | 847.16 |
| 9/1/2009 | Federated Tax Free Oblig FD #015 | Deposit | 6.11 |
| 9/1/2009 | Vanguard GNMA Fund #536 | Deposit | 581.86 |
| 9/1/2009 | Vanguard Short Term Fed FD #549 | Deposit | 33.03 |
| 9/2/2009 | Pimco Total Return Fund #35 | Deposit | 827.91 |
| 10/1/2009 | Federated Tax Free Oblig FD #015 | Deposit | 9.82 |
| 10/1/2009 | Vanguard GNMA Fund #536 | Deposit | 532.55 |
| 10/1/2009 | Vanguard Short Term Fed FD #549 | Deposit | 89.79 |
| 10/2/2009 | Pimco Total Return Fund #35 | Deposit | 782.96 |
| 11/2/2009 | Federated Tax Free Oblig FD #015 | Deposit | 7.57 |

10:00 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit A - Receipts
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---:|
| 11/2/2009 | Vanguard GNMA Fund #536 | Deposit | 487.60 |
| 11/2/2009 | Vanguard Short Term Fed FD #549 | Deposit | 87.20 |
| 11/3/2009 | Pimco Total Return Fund #35 | Deposit | 715.95 |
| 11/30/2009 | Tortoise Energy Infrastructure Corp | Deposit | 270.00 |
| 12/1/2009 | Federated Tax Free Oblig FD #015 | Deposit | 6.08 |
| 12/1/2009 | Vanguard GNMA Fund #536 | Deposit | 457.70 |
| 12/1/2009 | Vanguard Short Term Fed FD #549 | Deposit | 79.85 |
| 12/2/2009 | Pimco Total Return Fund #35 | Deposit | 577.76 |
| 12/11/2009 | Pimco Total Return Fund #35 | Deposit | 375.17 |
| 12/11/2009 | Pimco Total Return Fund #35 | Deposit | 1,348.72 |
| 12/24/2009 | Vanguard Inflation Protected Securities F | Deposit | 771.04 |
| 12/28/2009 | Federated Tax Free Oblig FD #015 | Deposit | 4.32 |
| 12/28/2009 | Federated Tax Free Oblig FD #015 | Deposit | 2.16 |
| 12/31/2009 | Vanguard GNMA Fund #536 | Deposit | 321.64 |
| 12/31/2009 | Vanguard Short Term Fed FD #549 | Deposit | 100.92 |
| 12/31/2009 | Vanguard GNMA Fund #536 | Deposit | 836.26 |
| 12/31/2009 | Vanguard Short Term Fed FD #549 | Deposit | 674.31 |
| 1/4/2010 | Federated Tax Free Oblig FD #015 | Deposit | 6.40 |
| 1/4/2010 | Vanguard GNMA Fund #536 | Deposit | 430.82 |
| 1/4/2010 | Vanguard Short Term Fed FD #549 | Deposit | 86.38 |
| 1/5/2010 | Vanguard Short Term Fed FD #549 | Deposit | 539.89 |
| 2/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 4.16 |
| 2/1/2010 | Vanguard GNMA Fund #536 | Deposit | 407.73 |
| 2/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 90.53 |
| 2/2/2010 | Pimco Total Return Fund #35 | Deposit | 411.59 |
| 3/1/2010 | Tortoise Energy Infrastructure Corp | Deposit | 270.00 |
| 3/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 4.25 |
| 3/1/2010 | Vanguard GNMA Fund #536 | Deposit | 439.29 |
| 3/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 75.61 |
| 3/2/2010 | Pimco Total Return Fund #35 | Deposit | 405.64 |
| 3/30/2010 | Vanguard GNMA Fund #536 | Deposit | 160.82 |
| 3/30/2010 | Vanguard Short Term Fed FD #549 | Deposit | 137.61 |
| 3/30/2010 | Vanguard GNMA Fund #536 | Deposit | 546.78 |
| 3/30/2010 | Vanguard Short Term Fed FD #549 | Deposit | 36.70 |
| 3/30/2010 | Vanguard Inflation Protected Securities F | Deposit | 239.80 |
| 4/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 5.65 |
| 4/1/2010 | Vanguard GNMA Fund #536 | Deposit | 521.28 |
| 4/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 69.31 |
| 4/5/2010 | Pimco Total Return Fund #35 | Deposit | 425.93 |
| 5/3/2010 | Federated Tax Free Oblig FD #015 | Deposit | 5.42 |
| 5/3/2010 | Vanguard GNMA Fund #536 | Deposit | 514.42 |
| 5/3/2010 | Vanguard Short Term Fed FD #549 | Deposit | 76.00 |
| 5/4/2010 | Pimco Total Return Fund #35 | Deposit | 411.27 |
| 5/4/2010 | Pimco Total Return Fund #35 | Deposit | 27.42 |
| 6/1/2010 | Tortoise Energy Infrastructure Corp | Deposit | 270.00 |
| 6/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 3.95 |
| 6/1/2010 | Vanguard GNMA Fund #536 | Deposit | 482.62 |
| 6/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 78.63 |
| 6/2/2010 | Pimco Total Return Fund #35 | Deposit | 400.84 |
| 6/29/2010 | Vanguard Inflation Protected Securities F | Deposit | 180.77 |
| 7/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 3.83 |
| 7/1/2010 | Vanguard GNMA Fund #536 | Deposit | 433.75 |
| 7/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 76.26 |
| 7/2/2010 | Pimco Total Return Fund #35 | Deposit | 439.83 |
| 8/2/2010 | Federated Tax Free Oblig FD #015 | Deposit | 2.78 |
| 8/2/2010 | Vanguard GNMA Fund #536 | Deposit | 457.03 |
| 8/2/2010 | Vanguard Short Term Fed FD #549 | Deposit | 71.56 |
| 8/3/2010 | Pimco Total Return Fund #35 | Deposit | 436.60 |
| 8/3/2010 | Pimco Total Return Fund #35 | Deposit | 14.86 |
| 9/1/2010 | Tortoise Energy Infrastructure Corp | Deposit | 270.00 |
| 9/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 2.43 |
| 9/1/2010 | Vanguard GNMA Fund #536 | Deposit | 525.19 |
| 9/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 68.57 |
| 9/2/2010 | Pimco Total Return Fund #35 | Deposit | 419.13 |
| 9/28/2010 | Vanguard Inflation Protected Securities F | Deposit | 121.74 |
| 10/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 2.41 |
| 10/1/2010 | Vanguard GNMA Fund #536 | Deposit | 516.56 |
| 10/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 61.96 |
| 10/4/2010 | Pimco Total Return Fund #35 | Deposit | 430.42 |

10:00 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit A - Receipts
### April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---:|
| 11/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 2.17 |
| 11/1/2010 | Vanguard GNMA Fund #536 | Deposit | 502.72 |
| 11/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 60.10 |
| 11/2/2010 | Pimco Total Return Fund #35 | Deposit | 473.79 |
| 11/30/2010 | Tortoise Energy Infrastructure Corp | Deposit | 270.00 |
| 12/1/2010 | Federated Tax Free Oblig FD #015 | Deposit | 2.41 |
| 12/1/2010 | Vanguard GNMA Fund #536 | Deposit | 461.71 |
| 12/1/2010 | Vanguard Short Term Fed FD #549 | Deposit | 57.92 |
| 12/2/2010 | Pimco Total Return Fund #35 | Deposit | 486.49 |
| 12/10/2010 | Pimco Total Return Fund #35 | Deposit | 2,474.86 |
| 12/10/2010 | Pimco Total Return Fund #35 | Deposit | 5,412.52 |
| 12/23/2010 | Federated Tax Free Oblig FD #015 | Deposit | 0.65 |
| 12/23/2010 | Federated Tax Free Oblig FD #015 | Deposit | 0.33 |
| 12/29/2010 | Vanguard Inflation Protected Securities F | Deposit | 627.16 |
| 12/31/2010 | Vanguard GNMA Fund #536 | Deposit | 758.47 |
| 12/31/2010 | Vanguard GNMA Fund #536 | Deposit | 2,745.67 |
| 12/31/2010 | Vanguard Short Term Fed FD #549 | Deposit | 486.24 |
| 1/3/2011 | Federated Tax Free Oblig FD #015 | Deposit | 3.22 |
| 1/3/2011 | Vanguard GNMA Fund #536 | Deposit | 466.31 |
| 1/3/2011 | Vanguard Short Term Fed FD #549 | Deposit | 57.45 |
| 1/4/2011 | Pimco Total Return Fund #35 | Deposit | 485.00 |
| 1/4/2011 | Pimco Total Return Fund #35 | Deposit | 30.81 |
| 2/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 2.98 |
| 2/1/2011 | Vanguard GNMA Fund #536 | Deposit | 457.84 |
| 2/1/2011 | Vanguard Short Term Fed FD #549 | Deposit | 55.09 |
| 2/2/2011 | Pimco Total Return Fund #35 | Deposit | 421.00 |
| 3/1/2011 | Tortoise Energy Infrastructure Corp | Deposit | 272.50 |
| 3/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 2.96 |
| 3/2/2011 | Pimco Total Return Fund #35 | Deposit | 436.24 |
| 3/2/2011 | Vanguard GNMA Fund #536 | Deposit | 441.09 |
| 3/2/2011 | Vanguard Short Term Fed FD #549 | Deposit | 50.58 |
| 3/31/2011 | Vanguard Inflation Protected Securities F | Deposit | 295.13 |
| 4/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 2.94 |
| 4/1/2011 | Vanguard GNMA Fund #536 | Deposit | 444.86 |
| 4/1/2011 | Vanguard Short Term Fed FD #549 | Deposit | 50.07 |
| 4/4/2011 | Pimco Total Return Fund #35 | Deposit | 452.84 |
| 5/2/2011 | Federated Tax Free Oblig FD #015 | Deposit | 3.10 |
| 5/2/2011 | Vanguard GNMA Fund #536 | Deposit | 439.85 |
| 5/2/2011 | Vanguard Short Term Fed FD #549 | Deposit | 45.76 |
| 5/3/2011 | Pimco Total Return Fund #35 | Deposit | 442.33 |
| 5/3/2011 | Pimco Total Return Fund #35 | Deposit | 14.50 |
| 6/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 2.87 |
| 6/1/2011 | Vanguard GNMA Fund #536 | Deposit | 457.40 |
| 6/1/2011 | Vanguard Short Term Fed FD #549 | Deposit | 45.23 |
| 6/2/2011 | Pimco Total Return Fund #35 | Deposit | 459.47 |
| 6/9/2011 | Tortoise Energy Infrastructure Corp | Deposit | 273.75 |
| 6/30/2011 | Vanguard Inflation Protected Securities F | Deposit | 693.56 |
| 7/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 3.25 |
| 7/1/2011 | Vanguard GNMA Fund #536 | Deposit | 472.35 |
| 7/1/2011 | Vanguard Short Term Fed FD #549 | Deposit | 48.64 |
| 7/5/2011 | Pimco Total Return Fund #35 | Deposit | 438.88 |
| 8/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 0.94 |
| 8/1/2011 | Vanguard GNMA Fund #536 | Deposit | 470.00 |
| 8/1/2011 | Vanguard Short Term Fed FD #549 | Deposit | 49.09 |
| 8/2/2011 | Pimco Total Return Fund #35 | Deposit | 414.05 |
| 9/1/2011 | Tortoise Energy Infrastructure Corp | Deposit | 280.12 |
| 9/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 2.64 |
| 9/1/2011 | Vanguard GNMA Fund #536 | Deposit | 481.10 |
| 9/1/2011 | Vanguard Short Term Fed FD #549 | Deposit | 46.60 |
| 9/2/2011 | Pimco Total Return Fund #35 | Deposit | 387.86 |
| 9/30/2011 | Vanguard Inflation Protected Securities F | Deposit | 328.34 |
| 10/3/2011 | Federated Tax Free Oblig FD #015 | Deposit | 1.24 |
| 10/3/2011 | Vanguard GNMA Fund #536 | Deposit | 488.50 |
| 10/3/2011 | Vanguard Short Term Fed FD #549 | Deposit | 43.65 |
| 10/4/2011 | Pimco Total Return Fund #35 | Deposit | 438.20 |
| 11/1/2011 | Federated Tax Free Oblig FD #015 | Deposit | 1.27 |
| 11/1/2011 | Vanguard GNMA Fund #536 | Deposit | 482.37 |
| 11/1/2011 | Vanguard Short Term Fed FD #549 | Deposit | 46.56 |

10:00 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit A - Receipts
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---|
| 11/2/2011 | Pimco Total Return Fund #35 | Deposit | 434.61 |
| 11/30/2011 | Tortoise Energy Infrastructure Corp | Deposit | 281.39 |
| **Total Dividends** | | | 136,055.79 |
| **Estate** | | | |
| 11/23/2011 | Estate of Mary S. Snodgrass | Deposit | 131,743.00 |
| **Total Estate** | | | 131,743.00 |
| **Initial Funding** | | | |
| 4/6/2004 | U.S. Bank, N.A. | Deposit | 5,553.44 |
| 4/13/2004 | Initial Deposit | Deposit | 169,643.51 |
| 9/30/2004 | Dain Rauscher | Deposit | 21,402.06 |
| **Total Initial Funding** | | | 196,599.01 |
| **Interest** | | | |
| 1/2/2007 | Encore Bank Deposit Program | Deposit | 118.45 |
| 2/1/2007 | Encore Bank Deposit Program | Deposit | 123.13 |
| 3/1/2007 | Encore Bank Deposit Program | Deposit | 159.90 |
| 4/2/2007 | Encore Bank Deposit Program | Deposit | 119.81 |
| 5/1/2007 | Encore Bank Deposit Program | Deposit | 125.19 |
| 6/1/2007 | Encore Bank Deposit Program | Deposit | 131.43 |
| 7/2/2007 | Encore Bank Deposit Program | Deposit | 121.75 |
| 8/1/2007 | Encore Bank Deposit Program | Deposit | 139.40 |
| 9/4/2007 | Encore Bank Deposit Program | Deposit | 138.08 |
| 10/1/2007 | Encore Bank Deposit Program | Deposit | 121.07 |
| 11/1/2007 | Encore Bank Deposit Program | Deposit | 126.04 |
| 12/3/2007 | Encore Bank Deposit Program | Deposit | 109.07 |
| 1/2/2008 | Encore Bank Deposit Program | Deposit | 110.59 |
| 2/1/2008 | Encore Bank Deposit Program | Deposit | 104.99 |
| 3/3/2008 | Encore Bank Deposit Program | Deposit | 87.47 |
| 4/1/2008 | Encore Bank Deposit Program | Deposit | 69.10 |
| 5/1/2008 | Encore Bank Deposit Program | Deposit | 46.45 |
| 6/2/2008 | Encore Bank Deposit Program | Deposit | 44.35 |
| 7/1/2008 | Encore Bank Deposit Program | Deposit | 43.92 |
| 8/1/2008 | Encore Bank Deposit Program | Deposit | 200.62 |
| 9/2/2008 | Encore Bank Deposit Program | Deposit | 634.93 |
| 10/1/2008 | Encore Bank Deposit Program | Deposit | 40.19 |
| 11/3/2008 | Encore Bank Deposit Program | Deposit | 17.31 |
| 12/1/2008 | Encore Bank Deposit Program | Deposit | 14.24 |
| 1/2/2009 | Encore Bank Deposit Program | Deposit | 15.31 |
| 2/2/2009 | Encore Bank Deposit Program | Deposit | 11.12 |
| 3/2/2009 | Encore Bank Deposit Program | Deposit | 9.82 |
| 4/1/2009 | Encore Bank Deposit Program | Deposit | 20.84 |
| 5/1/2009 | Encore Bank Deposit Program | Deposit | 17.02 |
| 6/1/2009 | Encore Bank Deposit Program | Deposit | 18.44 |
| 7/1/2009 | Encore Bank Deposit Program | Deposit | 17.75 |
| 8/3/2009 | Encore Bank Deposit Program | Deposit | 11.19 |
| 9/1/2009 | Encore Bank Deposit Program | Deposit | 6.25 |
| 7/15/2011 | $18,000 John Hancock Life 4.10% Note | Deposit | 61.50 |
| 8/1/2011 | $25,000 Kimberly Clark 6.125% Note | Deposit | 765.62 |
| 8/10/2011 | $30,000 Bank Amer Corp 4.75% Internotes | Deposit | 692.71 |
| 8/10/2011 | $18,000 Wells Fargo & Co 5.125% Sub Note | Deposit | 407.44 |
| 8/15/2011 | $18,000 John Hancock Life 4.10% Note | Deposit | 61.50 |
| 9/6/2011 | $18,000 Du Pont 4.125% Note | Deposit | 371.25 |
| 9/15/2011 | $18,000 John Hancock Life 4.10% Note | Deposit | 61.50 |
| 9/16/2011 | $10,000 Federal Farm Cr Bks 4.40% Bond | Deposit | 220.00 |
| 10/17/2011 | $18,000 John Hancock Life 4.10% Note | Deposit | 61.50 |
| 11/15/2011 | $18,000 John Hancock Life 4.10% Note | Deposit | 61.50 |
| **Total Interest** | | | 5,839.74 |
| **Refund** | | | |
| 8/16/2005 | United States Treasury | 2004 Form 1041 | 2.04 |
| 5/3/2007 | United States Treasury | 2006 Form 1041 | 2,238.00 |
| 4/29/2009 | United States Treasury | 2008 Form 1041 | 8,556.00 |
| **Total Refund** | | | 10,796.04 |

10:00 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit A - Receipts
### April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---:|
| **Sales of Securities** | | | |
| 12/22/2004 | Heritage Cap Appreciation 041 | 2045.827 shares | 52,925.54 |
| 12/22/2004 | Heartland Value FD Inc 023 | 406.091 shares | 21,295.41 |
| 1/13/2005 | Amer FD Investment Co of Amer 004 | 464.733 shares | 14,002.41 |
| 1/13/2005 | Amer FDS Washington Mutual Invest #1 | 3593.472 shares | 108,558.79 |
| 1/13/2005 | American FD Growth FD of Amer Cl A 05 | 2551.566 shares | 67,871.66 |
| 1/13/2005 | New Perspective Fund 07 | 2347.981 shares | 63,231.13 |
| 1/18/2007 | Bridgeway Agressive Investors One | 1308.685 shares | 72,697.45 |
| 2/5/2007 | T Rowe Price Growth Stk FD 040 | 3830.953 shares | 124,237.81 |
| 2/5/2007 | Royce Premier Investor Class 265 | 4706.981 shares | 86,655.52 |
| 2/7/2007 | Davis N Y Venture Fund Cl Y 909 | 1588.428 shares | 63,140.00 |
| 7/16/2007 | Dodge & Cox International Fund | 76.377 shares | 3,980.00 |
| 7/16/2007 | Vanguard Total International Stock Fund # | 191.582 shares | 3,960.00 |
| 7/25/2008 | Davis N Y Venture Fund Cl Y 909 | 1643.152 shares | 56,294.39 |
| 7/25/2008 | Dodge & Cox International Fund | 1740.472 shares | 69,984.38 |
| 7/25/2008 | Third Avenue Value Fund | 626.215 shares | 31,010.17 |
| 7/25/2008 | Vanguard Total International Stock Fund # | 4280.533 shares | 73,368.34 |
| 7/25/2008 | Vanguard Mid Cap Index Fund #1344 | 2538.651 shares | 65,700.29 |
| 7/25/2008 | Vanguard 500 Index Fund #1340 | 1849.931 shares | 176,409.42 |
| 3/6/2009 | Loomis Sayles Bond Fund | 6973.294 shares | 69,523.74 |
| 6/22/2010 | Pimco Total Return Fund #35 | 895.255 shares | 10,000.00 |
| 6/22/2010 | Vanguard GNMA Fund #536 | 912.409 shares | 10,000.00 |
| 6/20/2011 | Tortoise Energy Infrastructure Corp | 0.649 shares | 23.77 |
| 8/10/2011 | $30,000 Bank Amer Corp 4.75% Internotes | Deposit | 30,096.00 |
| 8/10/2011 | $18,000 Wells Fargo & Co 5.125% Sub Note | Deposit | 18,658.80 |
| 9/21/2011 | SPDR Gold Tr Gold Shs | 550 shares | 97,117.13 |
| **Total Sales of Securities** | | | **1,390,742.15** |
| | | | |
| **Total Receipts** | | | **1,881,775.73** |
| | | | |
| **TOTAL** | | | **1,881,775.73** |

10:01 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit B - Disbursements
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---|
| **Disbursements** | | | |
| **Accountant Fees** | | | |
| 5/26/2004 | Viebig, McCommon & Associates, PC | 2003 Form 1041 | 300.00 |
| 6/15/2005 | Viebig, McCommon & Associates, PC | 2004 Form 1041 | 560.00 |
| 6/5/2006 | Viebig, McCommon & Associates, PC | 2005 Form 1041 | 300.00 |
| 5/23/2007 | Viebig, McCommon & Associates, PC | 2006 Form 1041 | 200.00 |
| 7/14/2008 | Viebig, McCommon & Associates, PC | 2007 Form 1041 | 300.00 |
| 5/18/2009 | Viebig, McCommon & Associates, PC | 2008 Form 1041 | 225.00 |
| 6/2/2010 | Viebig, McCommon & Associates, PC | 2009 Form 1041 | 275.00 |
| 5/26/2011 | Viebig, McCommon & Associates, PC | 2010 Form 1041 | 325.00 |
| **Total Accountant Fees** | | | **2,485.00** |
| **Beneficiary** | | | |
| 9/13/2011 | Frances Snodgrass Walker | home & auto expenses | 75,000.00 |
| 10/7/2011 | Frances C. Snodgrass | monthly distribution | 4,000.00 |
| 11/1/2011 | Frances C. Snodgrass | monthly distribution | 4,000.00 |
| **Total Beneficiary** | | | **83,000.00** |
| **Funeral** | | | |
| 5/19/2010 | Funeral Related Expenses | | 1,626.88 |
| 8/16/2010 | Glenwood Cemetery | | 175.00 |
| **Total Funeral** | | | **1,801.88** |
| **Legal Fees & Expenses** | | | |
| 7/28/2010 | Dinkins Kelly Lenox Lamb & Walker, L.L.P. | | 1,292.00 |
| 10/26/2010 | Dinkins Kelly Lenox Lamb & Walker, L.L.P. | | 690.00 |
| 9/20/2011 | Dinkins Kelly Lenox Lamb & Walker, L.L.P. | | 2,708.00 |
| **Total Legal Fees & Expenses** | | | **4,690.00** |
| **Purchase of Securities** | | | |
| 11/8/2004 | Davis N Y Venture FD Cl A 425 | 1679.543 shares | 50,000.00 |
| 11/8/2004 | Bridgeway Agressive Investors One | 403.959 shares | 20,000.00 |
| 11/8/2004 | Heritage Cap Appreciation 041 | 2045.827 shares | 50,000.00 |
| 11/8/2004 | Heartland Value FD Inc 023 | 406.091 shares | 20,000.00 |
| 11/8/2004 | Vanguard Admiral 500 Index 540 | 463.306 shares | 50,000.00 |
| 12/22/2004 | T Rowe Price Growth Stk FD 040 | 1981.453 shares | 52,350.00 |
| 12/22/2004 | Royce Premier Investor Class 265 | 1411.371 shares | 21,100.00 |
| 1/20/2005 | Bridgeway Agressive Investors One | 904.726 shares | 48,050.00 |
| 1/20/2005 | Davis N Y Venture Fund Cl Y 909 | 1564.128 shares | 48,050.00 |
| 1/20/2005 | T Rowe Price Growth Stk FD 040 | 1849.5 shares | 48,050.00 |
| 1/20/2005 | Royce Premier Investor Class 265 | 3295.61 shares | 48,050.00 |
| 1/20/2005 | Vanguard Admiral 500 Index 540 | 440.018 shares | 48,050.00 |
| 1/18/2007 | Dodge & Cox International Fund | 1711.157 shares | 75,000.00 |
| 1/18/2007 | Third Avenue Value Fund | 329.381 shares | 20,000.00 |
| 2/7/2007 | Dodge & Cox International Fund | 107.692 shares | 4,830.00 |
| 2/7/2007 | Third Avenue Value Fund | 279.403 shares | 17,434.77 |
| 2/7/2007 | Vanguard Total International Stock Fund # | 4472.115 shares | 80,990.00 |
| 2/7/2007 | Vanguard Mid Cap Index Fund #5859 | 799.387 shares | 75,590.00 |
| 2/7/2007 | Vanguard Admiral 500 Index 540 | 593.783 shares | 79,270.00 |
| 7/16/2007 | Davis N Y Venture Fund Cl Y 909 | 9.965 shares | 430.00 |
| 7/16/2007 | Third Avenue Value Fund | 17.431 shares | 1,151.86 |
| 7/16/2007 | Vanguard Mid Cap Index Fund #1344 | 6.595 shares | 215.00 |
| 7/16/2007 | Vanguard 500 Index Fund #1340 | 37.28 shares | 4,405.00 |
| 8/26/2008 | Loomis Sayles Bond Fund | 6973.294 shares | 94,000.00 |
| 8/26/2008 | Pimco Total Return Fund #35 | 15522.107 shares | 165,000.00 |
| 8/26/2008 | Vanguard GNMA Fund #536 | 16081.871 shares | 165,000.00 |
| 8/26/2008 | Vanguard Inflation Protected Securities F | 3689.168 shares | 47,000.00 |
| 8/21/2009 | Vanguard Short Term Fed FD #549 | 4587.156 shares | 50,000.00 |
| 8/25/2009 | Tortoise Energy Infrastructure Corp | 500 shares | 13,271.50 |
| 8/28/2009 | SPDR Gold Tr Gold Shs | 125 shares | 11,612.49 |
| 4/16/2010 | SPDR Gold Tr Gold Shs | 225 shares | 25,373.25 |
| 6/24/2010 | SPDR Gold Tr Gold Shs | 200 shares | 24,618.00 |
| 6/9/2011 | Tortoise Energy Infrastructure Corp | 7.649 shares | 273.75 |
| **Total Purchase of Securities** | | | **1,459,165.62** |

10:01 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit B - Disbursements
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---|
| **Tax Preparation Fee** | | | |
| 12/21/2004 | Tax Preparation Fee | 2004 annual fast tax fee | 12.50 |
| 2/17/2009 | Fasttax Fees | | 17.28 |
| Total Tax Preparation Fee | | | 29.78 |
| **Taxes** | | | |
| 7/21/2004 | United States Treasury | 2003 Form 1041 | 52.00 |
| 3/30/2006 | United States Treasury | 2005 Form 1041 | 5,528.00 |
| 4/10/2006 | United States Treasury | estimated tax payment | 1,390.00 |
| 6/9/2006 | United States Treasury | estimated tax payment | 1,390.00 |
| 9/8/2006 | United States Treasury | estimated tax payment | 1,390.00 |
| 1/10/2007 | United States Treasury | estimated tax payment | 1,390.00 |
| 3/14/2008 | United States Treasury | 2007 Form 1041 | 8,496.00 |
| 4/10/2008 | United States Treasury | estimated tax payment | 2,550.00 |
| 6/10/2008 | United States Treasury | estimated tax payment | 2,550.00 |
| 9/10/2008 | United States Treasury | estimated tax payment | 2,550.00 |
| 12/19/2008 | United States Treasury | estimated tax payment | 2,550.00 |
| 3/25/2010 | United States Treasury | 2009 Form 1041 | 3,219.00 |
| 4/9/2010 | United States Treasury | estimated tax payment | 800.00 |
| 6/10/2010 | United States Treasury | estimated tax payment | 800.00 |
| 9/10/2010 | United States Treasury | estimated tax payment | 800.00 |
| 12/20/2010 | United States Treasury | estimated tax payment | 800.00 |
| 4/11/2011 | United States Treasury | estimated tax payment | 566.00 |
| 6/10/2011 | United States Treasury | estimated tax payment | 760.00 |
| 9/9/2011 | United States Treasury | estimated tax payment | 760.00 |
| 11/22/2011 | Hardin County TAC | | 8.08 |
| Total Taxes | | | 36,349.08 |
| **Trustee Fees** | | | |
| 5/3/2004 | Encore Trust | | 156.09 |
| 5/3/2004 | Encore Trust | | 156.09 |
| 6/1/2004 | Encore Trust | | 195.99 |
| 6/1/2004 | Encore Trust | | 195.99 |
| 7/1/2004 | Encore Trust | | 191.92 |
| 7/1/2004 | Encore Trust | | 191.92 |
| 8/2/2004 | Encore Trust | | 188.53 |
| 8/2/2004 | Encore Trust | | 188.52 |
| 9/1/2004 | Encore Trust | | 188.95 |
| 9/1/2004 | Encore Trust | | 188.94 |
| 10/1/2004 | Encore Trust | | 200.55 |
| 10/1/2004 | Encore Trust | | 200.54 |
| 11/1/2004 | Encore Trust | | 202.02 |
| 11/1/2004 | Encore Trust | | 202.01 |
| 12/1/2004 | Encore Trust | | 208.75 |
| 12/1/2004 | Encore Trust | | 208.75 |
| 1/3/2005 | Encore Trust | | 215.00 |
| 1/3/2005 | Encore Trust | | 214.99 |
| 2/1/2005 | Encore Trust | | 210.75 |
| 2/1/2005 | Encore Trust | | 210.75 |
| 3/1/2005 | Encore Trust | | 216.15 |
| 3/1/2005 | Encore Trust | | 216.15 |
| 4/1/2005 | Encore Trust | | 210.61 |
| 4/1/2005 | Encore Trust | | 210.60 |
| 4/28/2005 | Encore Trust | | 204.36 |
| 4/28/2005 | Encore Trust | | 204.36 |
| 5/31/2005 | Encore Trust | | 211.97 |
| 5/31/2005 | Encore Trust | | 211.97 |
| 7/11/2005 | Encore Trust | | 214.76 |
| 7/11/2005 | Encore Trust | | 214.76 |
| 8/11/2005 | Encore Trust | | 225.00 |
| 8/11/2005 | Encore Trust | | 225.00 |
| 9/9/2005 | Encore Trust | | 224.07 |
| 9/9/2005 | Encore Trust | | 224.06 |
| 10/11/2005 | Encore Trust | | 226.96 |
| 10/11/2005 | Encore Trust | | 226.95 |
| 11/11/2005 | Encore Trust | | 222.48 |
| 11/11/2005 | Encore Trust | | 222.48 |
| 12/9/2005 | Encore Trust | | 231.69 |

10:01 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit B - Disbursements
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---|
| 12/9/2005 | Encore Trust | | 231.69 |
| 1/11/2006 | Encore Trust | | 233.40 |
| 1/11/2006 | Encore Trust | | 233.40 |
| 2/10/2006 | Encore Trust | | 243.71 |
| 2/10/2006 | Encore Trust | | 243.71 |
| 3/10/2006 | Encore Trust | | 240.58 |
| 3/10/2006 | Encore Trust | | 240.58 |
| 4/11/2006 | Encore Trust | | 243.89 |
| 4/11/2006 | Encore Trust | | 243.88 |
| 5/11/2006 | Encore Trust | | 246.67 |
| 5/11/2006 | Encore Trust | | 246.66 |
| 6/9/2006 | Encore Trust | | 237.27 |
| 6/9/2006 | Encore Trust | | 237.27 |
| 7/11/2006 | Encore Trust | | 236.95 |
| 7/11/2006 | Encore Trust | | 236.95 |
| 8/11/2006 | Encore Trust | | 233.57 |
| 8/11/2006 | Encore Trust | | 233.57 |
| 9/11/2006 | Encore Trust | | 235.65 |
| 9/11/2006 | Encore Trust | | 235.64 |
| 10/11/2006 | Encore Trust | | 239.01 |
| 10/11/2006 | Encore Trust | | 239.01 |
| 11/10/2006 | Encore Trust | | 246.67 |
| 11/10/2006 | Encore Trust | | 246.67 |
| 12/11/2006 | Encore Trust | | 252.93 |
| 12/11/2006 | Encore Trust | | 252.92 |
| 1/11/2007 | Encore Trust | | 254.60 |
| 1/11/2007 | Encore Trust | | 254.59 |
| 2/9/2007 | Encore Trust | | 293.92 |
| 2/9/2007 | Encore Trust | | 293.91 |
| 3/9/2007 | Encore Trust | | 290.80 |
| 3/9/2007 | Encore Trust | | 290.79 |
| 4/11/2007 | Encore Trust | | 294.93 |
| 4/11/2007 | Encore Trust | | 294.93 |
| 5/11/2007 | Encore Trust | | 305.75 |
| 5/11/2007 | Encore Trust | | 305.74 |
| 6/11/2007 | Encore Trust | | 316.57 |
| 6/11/2007 | Encore Trust | | 316.57 |
| 7/11/2007 | Encore Trust | | 313.27 |
| 7/11/2007 | Encore Trust | | 313.27 |
| 8/10/2007 | Encore Trust | | 304.88 |
| 8/10/2007 | Encore Trust | | 304.87 |
| 9/11/2007 | Encore Trust | | 305.53 |
| 9/11/2007 | Encore Trust | | 305.52 |
| 10/11/2007 | Encore Trust | | 317.14 |
| 10/11/2007 | Encore Trust | | 317.13 |
| 11/9/2007 | Encore Trust | | 325.42 |
| 11/9/2007 | Encore Trust | | 325.41 |
| 12/11/2007 | Encore Trust | | 311.87 |
| 12/11/2007 | Encore Trust | | 311.86 |
| 1/11/2008 | Encore Trust | | 306.11 |
| 1/11/2008 | Encore Trust | | 306.10 |
| 2/11/2008 | Encore Trust | | 289.40 |
| 2/11/2008 | Encore Trust | | 289.40 |
| 3/11/2008 | Encore Trust | | 283.00 |
| 3/11/2008 | Encore Trust | | 282.99 |
| 4/11/2008 | Encore Trust | | 275.14 |
| 4/11/2008 | Encore Trust | | 275.14 |
| 5/9/2008 | Encore Trust | | 288.64 |
| 5/9/2008 | Encore Trust | | 288.63 |
| 6/11/2008 | Encore Trust | | 292.94 |
| 6/11/2008 | Encore Trust | | 292.94 |
| 7/11/2008 | Encore Trust | | 266.93 |
| 7/11/2008 | Encore Trust | | 266.93 |
| 8/11/2008 | Encore Trust | | 259.49 |
| 8/11/2008 | Encore Trust | | 259.48 |
| 9/11/2008 | Encore Trust | | 259.69 |
| 9/11/2008 | Encore Trust | | 259.69 |
| 10/10/2008 | Encore Trust | | 249.50 |
| 10/10/2008 | Encore Trust | | 249.50 |

10:01 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit B - Disbursements
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---|
| 11/11/2008 | Encore Trust | | 238.77 |
| 11/11/2008 | Encore Trust | | 238.77 |
| 12/11/2008 | Encore Trust | | 242.85 |
| 12/11/2008 | Encore Trust | | 242.85 |
| 1/9/2009 | Encore Trust | | 249.93 |
| 1/9/2009 | Encore Trust | | 249.92 |
| 2/11/2009 | Encore Trust | | 250.84 |
| 2/11/2009 | Encore Trust | | 250.83 |
| 3/11/2009 | Encore Trust | | 248.70 |
| 3/11/2009 | Encore Trust | | 248.70 |
| 4/10/2009 | Encore Trust | | 252.24 |
| 4/10/2009 | Encore Trust | | 252.23 |
| 5/11/2009 | Encore Trust | | 257.48 |
| 5/11/2009 | Encore Trust | | 257.48 |
| 6/11/2009 | Encore Trust | | 259.82 |
| 6/11/2009 | Encore Trust | | 259.81 |
| 7/10/2009 | Encore Trust | | 260.21 |
| 7/10/2009 | Encore Trust | | 260.20 |
| 8/11/2009 | Encore Trust | | 262.66 |
| 8/11/2009 | Encore Trust | | 262.66 |
| 9/11/2009 | Encore Trust | | 264.73 |
| 9/11/2009 | Encore Trust | | 264.72 |
| 10/9/2009 | Encore Trust | | 267.87 |
| 10/9/2009 | Encore Trust | | 267.87 |
| 11/11/2009 | Encore Trust | | 269.41 |
| 11/11/2009 | Encore Trust | | 269.41 |
| 12/11/2009 | Encore Trust | | 274.14 |
| 12/11/2009 | Encore Trust | | 274.13 |
| 1/11/2010 | Encore Trust | | 270.80 |
| 1/11/2010 | Encore Trust | | 270.80 |
| 2/11/2010 | Encore Trust | | 273.52 |
| 2/11/2010 | Encore Trust | | 273.51 |
| 3/11/2010 | Encore Trust | | 274.17 |
| 3/11/2010 | Encore Trust | | 274.17 |
| 4/9/2010 | Encore Trust | | 273.35 |
| 4/9/2010 | Encore Trust | | 273.35 |
| 5/11/2010 | Encore Trust | | 276.45 |
| 5/11/2010 | Encore Trust | | 276.45 |
| 6/11/2010 | Encore Trust | | 276.87 |
| 6/11/2010 | Encore Trust | | 276.87 |
| 7/9/2010 | Encore Trust | | 279.65 |
| 7/9/2010 | Encore Trust | | 279.65 |
| 8/11/2010 | Encore Trust | | 279.65 |
| 8/11/2010 | Encore Trust | | 279.65 |
| 9/10/2010 | Encore Trust | | 283.01 |
| 9/10/2010 | Encore Trust | | 283.00 |
| 10/11/2010 | Encore Trust | | 285.15 |
| 10/11/2010 | Encore Trust | | 285.15 |
| 11/11/2010 | Encore Trust | | 288.95 |
| 11/11/2010 | Encore Trust | | 288.94 |
| 12/10/2010 | Encore Trust | | 287.80 |
| 12/10/2010 | Encore Trust | | 287.79 |
| 1/11/2011 | Encore Trust | | 286.92 |
| 1/11/2011 | Encore Trust | | 286.91 |
| 2/11/2011 | Encore Trust | | 284.72 |
| 2/11/2011 | Encore Trust | | 284.71 |
| 3/11/2011 | Encore Trust | | 287.86 |
| 3/11/2011 | Encore Trust | | 287.86 |
| 4/11/2011 | Encore Trust | | 289.00 |
| 4/11/2011 | Encore Trust | | 288.99 |
| 5/11/2011 | Encore Trust | | 295.32 |
| 5/11/2011 | Encore Trust | | 295.31 |
| 6/10/2011 | Encore Trust | | 295.20 |
| 6/10/2011 | Encore Trust | | 295.19 |
| 7/11/2011 | Encore Trust | | 353.79 |
| 7/11/2011 | Encore Trust | | 353.79 |
| 8/11/2011 | Encore Trust | | 365.48 |
| 8/11/2011 | Encore Trust | | 365.47 |
| 9/9/2011 | Encore Trust | | 372.89 |

10:01 AM
03/06/12
Cash Basis

# Snodgrass Family Trust FBO F. S. Walker
## Exhibit B - Disbursements
April 6, 2004 through November 30, 2011

| Date | Name | Memo | Paid Amount |
|---|---|---|---:|
| 9/9/2011 | Encore Trust | | 372.88 |
| 10/11/2011 | Encore Trust | | 329.49 |
| 10/11/2011 | Encore Trust | | 329.48 |
| 11/11/2011 | Encore Trust | | 330.34 |
| 11/11/2011 | Encore Trust | | 330.33 |
| Total Trustee Fees | | | 47,764.45 |
| Total Disbursements | | | 1,637,285.81 |
| TOTAL | | | 1,637,285.81 |