IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENCORE TRUST, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. H-12-1055 |
| | § | |
| FRANCES CARTER SNODGRASS, | § | |
| *et al.*, | § | |
|     Respondents. | § | |

### REMAND ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Petitioner Encore Trust's Motion to Remand [Doc. # 10] is **GRANTED** and this case is **REMANDED** to Probate Court No. 2 of Harris County, Texas, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this **6th** day of **June, 2012**.

_____
Nancy F. Atlas
United States District Judge